CLERK, U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
OLDEN GATE AVENUE
CISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
LTY FOR PRIVATE USE $300



RETURNED TO SENDER

REASON CHECKED
Unable to ID / No inmate #
Refused / Unapproved mail
Unclaimed / Not in custody  X
Name and # do not match
Out to Court / Paroled

RECEIVED
MAR - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FEB 27 2008

Pst Jose B Hernandez  PDL #67
1705 E Mauna Rd

FILED
MAR 03 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA