1

2

3                          UNITED STATES DISTRICT COURT

4                         NORTHERN DISTRICT OF CALIFORNIA

5

6

7    JOSE B. HERNANDEZ,

8                    Petitioner,                    No. C 08-0636 PJH (PR)

9       vs.                                         **ORDER OF DISMISSAL**

10   SUPERIOR COURT SANTA CLARA
     COUNTY,
11
                         Respondent.
12   _____/

13          This is a habeas case filed pro se by a state prisoner.  The clerk's notice that

14   petitioner had neither paid the filing fee or applied for leave to proceed in forma pauperis

15   was returned as undeliverable with a notation "unclaimed/not in custody."  Plaintiff has not

16   provided  a new mailing address.

17          More than sixty days have passed since the mail was returned.  This case is

18   **DISMISSED** without prejudice.  *See* Local R. 3-11(b).

19          **IT IS SO ORDERED.**

20   Dated:  May 21, 2008.          _____

21                                       PHYLLIS J. HAMILTON
                                         United States District Judge
22

23

24

25

26

27

28   G:\PRO-SE\PJH\HC.08\HERNANDEZ0636.DSM-mail.wpd

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JOSE B. HERNANDEZ,

        Plaintiff,

  v.

SANTA CLARA SUPERIOR COURT et al,

        Defendant.

                          /

Case Number: CV08-00636 PJH

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Jose B Hernandez DOL-767
ILE Detention Center
A-92991767
1705 E. Hanna Road
Eloy, AZ 85231

Dated: May 22, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk