UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE B. HERNANDEZ,

        Petitioner,                        No. C 08-0636 PJH (PR)

  vs.                                      **JUDGMENT**

SUPERIOR COURT SANTA CLARA COUNTY,

        Respondent.
_____/

     Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against petitioner and in favor of respondent.  Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated:  May 21, 2008.

                                                PHYLLIS J. HAMILTON
                                                United States District Judge

G:\PRO-SE\PJH\HC.08\HERNANDEZ0636.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE B. HERNANDEZ, | Case Number: CV08-00636 PJH |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SANTA CLARA SUPERIOR COURT et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose B Hernandez DOL-767
ILE Detention Center
A-92991767
1705 E. Hanna Road
Eloy, AZ 85231

Dated: May 22, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk