

Jose B Hernandez DOL-767
ILE Detention Center
A-92991767
1705 E. Hanna Road
Eloy, AZ 85231

CV08-00636 PJH